IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24065-CIV-SCOLA/GOODMAN

| | |
|---|---|
| IMED SURGICAL, LLC, a New Jersey limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>ORTHEX, LLC, a Florida limited liability company; DROR PALEY, an individual, ORTHOPEDIATRICS CORP., an Indiana corporation, and SQUADRON CAPITAL, LLC, a Connecticut limited liability company,<br><br>      Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, IMED Surgical, LLC, hereby dismisses this action without prejudice. No Defendant has served an Answer or a Motion for Summary Judgment.

DATED this 15th day of October, 2020

                                                        */s/ Jeffrey D. Feldman*
                                                        Jeffrey D. Feldman
                                                        **TRAILBLAZER**
                                                        Florida Bar No.: 330302
                                                        1200 Brickell Avenue
                                                        Penthouse 1900
                                                        Miami, Florida 33131
                                                        Tel.: 305-222-7852
                                                        JFeldman@TrailblazerLaw.com

2

/s/ Michael P. Hogan
Michael P. Hogan (PA 313402)
*(pro hac vice* application to be filed)
**OFFIT KURMAN, P.A.**
Ten Penn Center
Suite 2300
Philadelphia, Pennsylvania 19103
Tel.: (267) 338-1300
michael.hogan@offitkurman.com

***Attorneys for Plaintiff,
 IMED Surgical, LLC***